# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2019

### NO. 03-15-00713-CV

**Brian DeRoeck, Melinda Young, and Kathryn Boykin, as co-trustees of the Walter A. DeRoeck QTIP Trust, Assignee of Texas Capital Bank National Association, Appellants**

**v.**

**DHM Ventures, LLC; James W. Moritz; and Nathan W. Halsey, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on August 24, 2015. Having reviewed the record and the parties' arguments, the Court holds that this cause should be affirmed in part and reversed in part. Therefore, the Court reverses the portion of the trial court's final summary judgment that dismisses appellants' claims against appellees based on acknowledgment of debt and remands the cause to the trial court for further proceedings consistent with this opinion. However, the Court affirms the trial court's final summary judgment as to appellants' claims based on the original obligation to pay on the promissory note. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.